UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

IN RE:                                       )
MUSSELMAN, KELBY RYAN            )    BANKRUPTCY CASE 09-13742
MUSSELMAN, ZONDA KAY             )    Chapter 7
                                             )
        DEBTORS.                     )

### NOTICE PURSUANT TO F.R.B.P. 3010

Comes now the Trustee, Dustin M. Roach, and advises that dividends to the below-listed creditors were less than $5.00 each:

| | | |
|---|---|---|
| Claim #1 | Northern Indiana Public Service Co.<br>Revenue Assurance & Recovery<br>801 E. 86th Avenue<br>Merrillville, IN  46410 | $1.58 |
| Claim #4 | Allied Hospital<br>c/o Snow & Sauerteig<br>203 E. Berry Street, Suite 1310<br>Fort Wayne, IN  46802 | $2.36 |
| Claim #5 | Associated Anesthesiologists<br>c/o Snow & Sauerteig<br>203 E. Berry Street, Suite 1310<br>Fort Wayne, IN  46802 | $1.22 |
| Claim #6 | Einhaus Group for Women<br>Summit Account & Computer Svc., Inc.<br>4666 W. Jefferson Blvd., Suite 190<br>Fort Wayne, Indiana 46804 | $4.80 |

Total Check Amount =  $9.96

Respectfully submitted,

/s/ Dustin M. Roach
Dustin M. Roach, Chapter 7 Trustee
436 East Wayne Street
Fort Wayne, Indiana   46802
Telephone: 260-424-8132
dmrtrustee@vgtlaw.com

CERTIFICATE OF SERVICE

      The undersigned hereby certifies that on the 15th day of June 2010, a true and correct copy of the above and foregoing NOTICE PURSUANT TO F.R.B.P. 3010 was transmitted electronically through the Bankruptcy Court's ECF System to the United States Trustee, 555 One Michiana Square Building, 100 East Wayne Street, South Bend, Indiana 46601, and was sent via first class United States mail, postage prepaid, to the Creditor(s) listed above at the address(es) indicated.

                                              /s/ Dustin M. Roach
                                              Dustin M. Roach, Trustee